## *UNITED STATES DISTRICT COURT*
### *DISTRICT OF ARIZONA*

EXHIBIT LIST

_____
PLAINTIFF
                    V.

_____
DEFENDANT                                          CASE NUMBER:

| PRESIDING JUDGE | COURTROOM DEPUTY | COURT REPORTER |
|---|---|---|
| HEARING/TRIAL DATE(S) | PLAINTIFF ATTORNEY(S) | DEFENDANT ATTORNEY(S) |

| PLF NO. | DFT NO. | DATE ADMITTED | *EXHIBITS* |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

*EXHIBIT LIST* -- CONTINUATION

| | | | CASE NO. |
|---|---|---|---|
| | | vs. | |

| PLF NO. | DFT NO. | DATE ADMITTED | *EXHIBITS* |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |