**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jeremy Pinson, | No. CV-20-00169-TUC-RM |
| Plaintiff, | **ORDER** |
| v. | |
| Unknown Othon, et al., | |
| Defendants. | |

    Pending before the Court is Sergio Arreola's Motion for Reconsideration (Doc. 182) of the Court's December 17, 2020 Order denying Plaintiff's Motion for Preliminary Injunction and denying all Motions to Intervene filed by inmates at the United States Penitentiary in Tucson, Arizona (Doc. 137). Movant Sergio Arreola's Motion for Reconsideration will be denied as untimely.

    Unless good cause is shown, a motion for reconsideration must be filed within fourteen (14) days of the filing of the Order that is the subject of the motion for reconsideration. LRCiv 7.2(g)(2). Furthermore, "the Court will ordinarily deny a motion for reconsideration of an Order absent a showing of manifest error or a showing of new facts or legal authority that could not have been brought to its attention earlier with reasonable diligence." LRCiv 7.2(g)(1).

In his Motion for Reconsideration, which was filed on July 19, 2021, Movant Arreola asserts that he was placed in the SHU on May 7, 2021 and that he lacked access to his legal papers during that time. (Doc. 182.) This does not constitute good cause for extending the 14-day deadline for filing a motion for reconsideration, as the Order at issue was filed on December 17, 2020—nearly five months before Arreola asserts that he was placed in the SHU. Arreola provides no other explanation for the untimeliness of the Motion for Reconsideration. Furthermore, he does not contest the basis for the Court's December 17, 2020 denial of the Motions to Intervene or any of the Court's other findings in that Order. Thus, Arreola has not shown manifest error or new facts or legal authority that could not have been raised earlier.

Accordingly,

**IT IS ORDERED** that Sergio Arreola's Motion for Reconsideration (Doc. 182) is **denied**.

Dated this 30th day of July, 2021.

_____
Honorable Rosemary Márquez
United States District Judge